UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

                                                                :
SEAN ANTONIO WHITE,                                             :
                                                                :
                                Plaintiff,                       :
                                                                :          24-cv-7905 (LJL)
            -v-                                                  :
                                                                :          ORDER
JOHN DOE #1, JOHN DOE #2, and THE CITY OF                       :
NEW YORK,                                                        :
                                                                :
                                Defendants.                      :
                                                                :
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2026
```

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference in this matter today, April 29, 2026.  As indicated on the record at the conference:

By May 29, 2026, the City shall provide Plaintiff with the names of the John Doe defendants and file a letter on the docket certifying that it has done so.

By June 19, 2026, Plaintiff shall file with the Court an amended complaint adding the names of the identified defendants, as well as any other facts or allegations that Plaintiff would like the Court to know about his case.  Plaintiff may also request that the City waive service of process for the individual defendants.  Information regarding how unrepresented litigants may file materials with the Clerk of Court can be found in the Court's Individual Practices: https://www.nysd.uscourts.gov/sites/default/files/practice_documents/LJL%20Liman%20Individual%20Practices%20in%20Civil%20Cases_updated%204.7.2025.pdf

The Court will hold a telephonic status conference on July 27, 2026, at 2:00 PM.  Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

Plaintiff is advised that that there is a Pro Se Law Clinic available to assist unrepresented parties in civil cases.  The Clinic may be able to provide advice in connection with a plaintiff's case.  The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and it therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit).  Litigants in need of legal assistance should complete the City Bar Justice Center's intake form to make an appointment.  If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org).  In-person appointments in the Thurgood Marshall Courthouse are available Monday through Thursday, 10:00 AM to 4:00 PM. Appointments are also available remotely Monday through Friday, 10:00 A.M. to 4:00 P.M.

The Clerk of Court is respectfully requested to update Plaintiff's address on the docket as 2074 E 54th St., Brooklyn, NY 11234, and to add the following email address: nrgthegod7@gmail.com.  The Clerk of Court is further requested to mail this Order to Plaintiff at the updated address.

SO ORDERED.

Dated: April 29, 2026
      New York, New York

                                    LEWIS J. LIMAN
                             United States District Judge