UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                 :

SEAN ANTONIO WHITE,                 :

                                :

            Plaintiff,           :

                                :          24-cv-7905 (LJL)

      -v-                     :

                                :            ORDER

JOHN DOE #1, JOHN DOE #2, and THE CITY OF  :
NEW YORK,                       :

                                :

           Defendants.      :

                                :
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On April 29, 2026, the Court issued an order directing (1) the City to provide Plaintiff with the names of the John Doe defendants and (2) for Plaintiff to file an amended complaint adding the names of those defendants, as well as any other facts or allegations he would like the Court to know, by June 19, 2026. *See* Dkt. No. 21. The City filed a letter on May 21, 2026, identifying two officers, *see* Dkt. No. 23, but Plaintiff has not filed an amended complaint.

By July 16, 2026, Plaintiff shall file an amended complaint that shall add the names of the officers whom he wishes to sue. Plaintiff shall also include any other facts he would like the Court to know. Plaintiff is warned that if he does not do so, his case may be dismissed without prejudice either for failure to prosecute or for failure to comply with this Order.

The City is directed to notify Plaintiff of this Order by both mail and email and to file

2

proof of such notice on the docket.

      SO ORDERED.


Dated: June 25, 2026
      New York, New York

          LEWIS J. LIMAN
        United States District Judge

2