USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN ANTONIO WHITE,

Plaintiff,

-v-

JOHN DOE #1, JOHN DOE #2, and THE CITY OF NEW YORK,

Defendants.

24-cv-7905 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court scheduled a telephonic status conference in this matter for July 27, 2026 at 2:00 p.m. *See* Dkt. No. 21. Plaintiff was present at the court hearing on April 29, 2026 when the Court scheduled the July 27, 2026 conference, but failed to attend.

On June 25, 2026, the Court issued an order directing Plaintiff to file an amended complaint by July 16, 2026 adding the names of the officers whom he wishes to sue. *See* Dkt. No. 24. The Court further directed Plaintiff to include in the amended complaint any other facts he would like the Court to know. *Id.* Plaintiff was mailed a copy of the Court's order. *See* June 26, 2026 Minute Entry. As of the date of this Order, Plaintiff has not filed an amended complaint.

This case has been pending since October 11, 2024, when Plaintiff filed a complaint alleging that, at the Robert N. Davoren Center on Rikers Island, he was subjected to "secondhand smoke" in violation of his constitutional rights. *See* Dkt. No. 1.

On April 29, 2026, the Court issued an order directing (1) the City to provide Plaintiff with the names of the John Doe Defendants and (2) for Plaintiff to file an amended complaint

adding the names of those Defendants, as well as any other facts or allegations he would like the Court to know, by June 19, 2026. *See* Dkt. No. 21. The City filed a letter on May 21, 2026, identifying two officers named as Jane Doe Defendants in Plaintiff's complaint. *See* Dkt. No. 23. The letter reflects that Plaintiff was sent the letter by mail and email. *Id.*

The Court will reschedule the conference to August 5, 2026 at 3:00 p.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

The Court has authority to dismiss a case for failure to follow the Court's orders and for failure to prosecute. Plaintiff is warned that failure to attend the conference next Wednesday, against the backdrop of his failure to attend today's conference and his failure to file an amended complaint by July 16, may result in the dismissal of his case.

The Clerk of Court is respectfully directed to mail Plaintiff a copy of this Order to the address listed on the docket. The City is directed to notify Plaintiff of this Order and to send him a copy of this Order by email by July 28, 2026 and to file proof of such notice on the docket.

SO ORDERED.

Dated: July 27, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge