USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/05/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN ANTONIO WHITE,

Plaintiff,

-v-

JOHN DOE #1, JOHN DOE #2, and THE CITY OF NEW YORK,

Defendants.

24-cv-7905 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

By order of July 27, 2026, the Court scheduled a telephonic status conference for today, August 5, 2026 at 3:00 p.m. *See* Dkt. No. 26. The Court directed Plaintiff to dial into the conference. *Id.* at 2. It also warned Plaintiff that failure to attend could result in dismissal of his case. *Id.* The Court directed the Clerk of Court to mail a copy of its Order to Plaintiff at his address listed on the docket. *Id.* It also directed the City of New York to notify Plaintiff of the Court's Order by emailing a copy of the Order to him and filing proof of such notice on the docket. *Id.* The docket reflects that the Order was mailed to Plaintiff on July 28, 2026. *See* July 28, 2026 Minute Entry. The City of New York also filed a certificate of service attesting that on July 28, 2026, it had emailed the Court's Order to Plaintiff at the address on the docket which was designated for that purpose. Dkt. No. 27. Yet, Plaintiff failed to attend the conference.

Plaintiff's conduct to date has displayed a lack of interest in the continued prosecution of this case. It has also showed a disregard for the Court's orders. The Court previously scheduled a conference in this matter for July 27, 2026 at 2:00 p.m. *See* Dkt. No. 21. Plaintiff was present at the court hearing on April 29, 2026 when the Court scheduled the July 27, 2026 conference,

but he nonetheless failed to attend. Plaintiff also has failed to file an amended complaint by the deadline of July 16, 2026 as directed. *See* Dkt Nos. 24, 26. Plaintiff's last appearance in this case was on April 29, 2026. Dkt. No. 21. At that point, the Court reminded Plaintiff that there was a Pro Se Law Clinic available to assist unrepresented parties such as himself. *Id.* at 2. He was advised that he could contact the clinic by phone (212-382-4794) or email (fedprosdny@nycbar.org). *Id.*

The Court assumes that Plaintiff has received the Court's notices. The docket reflects that he was sent them. In addition, Plaintiff was specifically informed in the orders at Dkt. Nos. 4 and 6 that it is his obligation to keep the Court appraised of any changes in address. His failure to appear cannot be ascribed to any lack of notice.

The Court will give Plaintiff one last chance. The Court will reschedule the conference for a final time to August 19, 2026 at 2:00 p.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

Plaintiff is warned that failure to attend the conference on August 19, 2026, against the backdrop of his failure to attend both today's conference and the July 27, 2026 conference, as well as his failure to file an amended complaint by July 16, 2026, will result in the dismissal of his case with prejudice for failure to prosecute and failure to comply with the Court's orders.

The Clerk of Court is respectfully directed to mail Plaintiff a copy of this Order to the address listed on the docket. The City is directed to notify Plaintiff of this Order and to send him

a copy of this Order by email by August 6, 2026 and to file proof of such notice on the docket.

SO ORDERED.

Dated: August 5, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge