USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN ANTONIO WHITE,

Plaintiff,

-v-

JOHN DOE #1, JOHN DOE #2, and THE CITY OF NEW YORK,

Defendants.

24-cv-7905 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference in this matter today, August 19, 2026. This Order memorializes the rulings made at the conference:

By letter dated May 21, 2026, the City of New York provided Plaintiff with the names of the individual Jane Doe officers named in the complaint. *See* Dkt. No. 23. Plaintiff shall have until September 25, 2026 to file an amended complaint identifying by name the persons whom he wishes to sue.

The Court will hold a telephonic status conference on October 26, 2026 at 2:00 p.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

Plaintiff is reminded that he may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the Court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this Order, or by accessing the forms on the Court's

website, nysd.uscourts.gov/forms. If Plaintiff consents to receive documents by email, he will no longer receive court documents by regular mail.

The Clerk of Court is respectfully directed to mail an additional copy of an information package to Plaintiff at the address listed on the docket and to add the following email address for Plaintiff to the docket: nrgthegod7@gmail.com.

SO ORDERED.

Dated: August 19, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge